UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 08-201 (EGS) |
| v. : | |
| SAMUEL EARL POPE, : | **FILED** |
| Defendant. : | JUL 1 6 2008 |
| _____ : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## CONSENT ORDER OF FORFEITURE

WHEREAS a written plea agreement was filed with this Court and signed by defendant SAMUEL EARL POPE (hereinafter "POPE") and his counsel, Barry M. Tapp, Esquire, in which POPE agreed to plead guilty to a felony violation, that is, conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h), and mail fraud, in violation of Title 18, United States Code, Section 1341;

WHEREAS the Information also alleged the forfeiture of certain property that is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), as property involved in, or traceable to property involved in, the conspiracy to commit money laundering;

WHEREAS the Information also alleged the forfeiture of certain property, that is property is subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)(C)), as property constituting, derived from, or traceable to proceeds obtained from the commission of a mail fraud scheme;

WHEREAS in the plea agreement, POPE expressly agreed and consented to the entry of an Order of Forfeiture, under Federal Rule of Criminal Procedure 32.2(b)(2), which concerns property subject to forfeiture, pursuant to Title 18, United States Code, Section 982(a)(1), as property

involved in, or traceable to property involved in, the conspiracy to commit money laundering and, pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the mail fraud scheme;

WHEREAS the Court has determined, based on the evidence set forth during POPE's guilty plea, that entry of a money judgment of $1,586,406.26, is appropriate insofar as this amount is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c)'s incorporation of Title 18, United States Code, Section 981(a)(1)(C), and that the Government has established the requisite connection between that amount and the violations of Title 18, United States Code, Section 1956, and Title 18, United States Code, Section 1341;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(1) and pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C):

MONEY JUDGMENT:

$1,586,406.26, which constitutes the amount of proceeds involved in, or traceable to property involved in, the conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h), and which represents the sum of money equal to the total amount of money constituting, or derived from, proceeds obtained, directly or indirectly, as a result of mail fraud scheme, in violation of Title 18 United States Code, Section 1341.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

3. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorneys Timothy G. Lynch and David S. Johnson, Fraud & Public Corruption Section, 555 Fourth Street, NW, Washington, D.C. 20530.

Dated this 16TH day of JULY, 2008.

_____
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

JEFFREY A. TAYLOR (D.C. Bar. No. 498610)
UNITED STATES ATTORNEY

By: _____
TIMOTHY G. LYNCH (D.C. Bar No. 456506)
DAVID S. JOHNSON (D.C. Bar No. 477298)
Assistant United States Attorneys
Fraud and Public Corruption Section
555 Fourth Street, NW
Washington, D.C. 20530
(202) 353-4862
timothy.lynch2@usdoj.gov

_____
SAMUEL EARL POPE
Defendant

_____
BARRY M. TAPP, ESQUIRE
Counsel for Mr. Pope