UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

                   VS.        CR. NO. 08-201

SAMUEL EARL POPE
    Defendant

**FILED**
JUL 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **SAMUEL EARL POPE** the above named defendant, who is accused of **CONSPIRACY TO COMMIT MONEY LAUNDERING, et al** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DEFENDANT

_____
DEFENSE COUNSEL

BEFORE _____
JUDICIAL OFFICER

AO 455 (Rev.5/85) Waiver of Indictment