UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

JUL 1 6 20..

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.                         Criminal No. 08-201(EGS)
SAMUEL EARL POPE
    Defendant.

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved:

_____
Judicial Officer

CO-526 (12/86)