UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>)<br>Samuel Pope Defendant. )<br>) | Criminal No. 08-201 (EGS)<br><br>**FILED**<br>JUL 16 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections is requested ~~are directed~~ to house  Samuel Pope  _____ at Central Treatment Facility until further Order of this Court.

7/16/08
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE