U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

JUL 24 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| SAMUEL EARL POPE | : Case No. 08-201 (EGS) |
| | : |
| | : |

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __16th__ day of __July 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by __FBI Special Agent Andrew Sekela__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI Special Agent Andrew Sekela__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) Emmet G. Sullivan

DOJ USA-16-1-80

COURT